UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE SCHWARTZWALD,<br><br>         Plaintiff,<br><br> - against -<br><br>TURNER CLASSIC MOVIES, INC.<br><br>         Defendant. | Docket No. 1:17-cv-6724<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Lawrence Schwartzwald ("Schwartzwald" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Turner Classic Movies, Inc. ("Turner" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph American singer and actress Barbara Streisand, owned and registered by Schwartzwald, a New York City-based photojournalist. Accordingly, Schwartzwald seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.  This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4.  Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.  Schwartzwald is a professional photojournalist in the business of licensing his photographs to online and print media for a fee, having a usual place of business at 325 North End Avenue #15B, New York, New York 10282.

6.  Upon information and belief, Turner is a domestic business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 1050 Techwood Drive, Atlanta, Georgia, 30318. At all times material hereto, Turner has owned and operated a website at the URL: www.Shop.TCM.com (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7.  Schwartzwald photographed American singer and actress Barbara Streisand (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.  Schwartzwald is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9.  The Photograph was registered with the United States Copyright Office and was given Copyright Registration Number VA 767-432.

**B.  Defendant's Infringing Activities**

10. Turner ran an article on the Website entitled *Barbra Streisand More Than Just Another Pretty Voice*. See http://shop.tcm.com/search?ar=Barbra%20Streisand%7C791311&mod=AM. The article

prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11.     Turner did not license the Photograph from Plaintiff for its article, nor did Turner have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST TURNER)**
**(17 U.S.C. §§ 106, 501)**

12.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13.     Turner infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Turner is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15.     Upon information and belief, the foregoing acts of infringement by Turner have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover her damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.     Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Turner be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 5, 2017

                                      LIEBOWITZ LAW FIRM, PLLC

                                      By: /s/Richard Liebowitz
                                                Richard P. Liebowitz
                                      11 Sunrise Plaza, Suite 305
                                      Valley Stream, New York 11580
                                      Telephone: (516) 233-1660
                                      RL@LiebowitzLawFirm.com

                                    *Attorneys for Plaintiff Lawrence Schwartzwald*