# EXHIBIT B

    (0 ITEMS) | $0.00

☰ SHOP BY DEPARTMENTS

Search the Store                                                                                                   All Products

## Bring Home the Classics

# Barbra Streisand
### More than Just another Pretty Voice



When the patrons at a Greenwich Village nightclub hosting a talent contest gave the first-place trophy to an 18-year-old named Barbra Streisand, little did they know that the statue would one day share a shelf with an Oscar, a Grammy, a Tony and an Emmy!

Born in 1942 in Brooklyn, Barbra Streisand entered the New York nightclub circuit and appeared in an off-Broadway show after winning the aforementioned contest. Though the musical in which she made her Broadway debut, *I Can Get It for You Wholesale* (1962), didn't fare so well, Streisand did. Her performance won a New York Critics Award--as well as a husband; she and costar Elliott Gould were married from 1963-1971.

Cabaret and TV appearances brought

### Top Films
1. Star Is Born (Original Soundtrack)
2. Encore: Movie Partners Sing Broadway
3. Hello Dolly (1969) (Original Soundtrack)
4. Barbra: The Concert
5. Barbra Streisand: Timeless--Live in Concert
6. One Night Only: Barbra Streisand and Quartet At The Village Vanguard
7. Encore: Movie Partners Sing Broadway
8. A Musicares Tribute To Barbra Streisand
9. A Musicares Tribute To Barbra Streisand
10. A Musicares Tribute To Barbra Streisand

Streisand more recognition, leading to her breakthrough role in 1964's *Funny Girl*. When she reprised that Broadway role on the big screen in 1968, she was awarded the Best Actress Oscar. After signing a recording contract and starring in several TV specials, Streisand was given a special 1970 Emmy—as Broadway's Actress of the Decade.

The movie screen brought her more rewards in the '70s; in addition to starring in *The Owl and the Pussycat* and *What's Up Doc?*, she scored a #1 single with the title song to *The Way We Were* and an Oscar for Best Song (*Evergreen*) in *A Star Is Born*. She added "director" to her movie resume in 1983 with *Yentl* (winning a Golden Globe) and in 1996 with *The Mirror Has Two Faces*.

Babs, as she is affectionately known, then took nearly a decade off from acting. She made a strong return to the screen with the 2004 hit comedy *Meet the Fockers*. She returned to reprise her role in 2010's *Little Fockers*. She continued the trend toward comedy by playing the overbearing mother of an inventor played by the infamously foul-mouthed comedian Seth Rogen in 2012's *The Guilt Trip*.

As a singer, Barbra Streisand has continued to win Grammys and put on fabulously successful concert tours. As an actress, we can only hope to see more of her soon; in the meantime, enjoy Critics' Choice Video's excellent collection of her greatest films!

[collapse expanded text]

Items 1 - 13 of 13                                                                                                   SWITCH VIEW

search within results...                                                                                                GO

SORT BY: BEST SELLERS                                                                                       ITEMS PER PAGE: 25

1

  

Star Is Born (Original Soundtrack)
Barbra Streisand

ADD TO CART

**CD**

LIST PRICE: $8.99
PRICE: **$7.95**
YOU SAVE: $1.04 (12%)

Encore: Movie Partners Sing Broadway
Barbra Streisand

ADD TO CART

**CD**

PRICE: **$11.95**

Hello Dolly (1969) (Original Soundtrack)
Barbra Streisand

ADD TO CART

**CD**

PRICE: **$17.95**



Barbra: The Concert
Barbra Streisand

ADD TO CART

**DVD**

LIST PRICE: $11.98
PRICE: **$8.95**
YOU SAVE: $3.03 (25%)



Barbra Streisand: Timeless--Live in ...
Barbra Streisand

ADD TO CART

**DVD**

LIST PRICE: $17.98
PRICE: **$12.95**
YOU SAVE: $5.03 (28%)



One Night Only: Barbra Streisand and Quartet ...
Barbra Streisand

ADD TO CART

**DVD**

LIST PRICE: $14.98
PRICE: **$10.95**
YOU SAVE: $4.03 (27%)



Encore: Movie Partners Sing Broadway
Barbra Streisand

ADD TO CART

**LP**

LIST PRICE: $22.98
PRICE: **$19.95**
YOU SAVE: $3.03 (13%)



A Musicares Tribute To Barbra Streisand
Barbra Streisand

ADD TO CART

**DVD**

PRICE: **$13.95**



A Musicares Tribute To Barbra Streisand
Barbra Streisand

ADD TO CART

**BLU-RAY**

LIST PRICE: $19.98
PRICE: **$17.95**
YOU SAVE: $2.03 (10%)





4.5 ★★★★★
Google
Customer Reviews

| ADD TO CART | ADD TO CART | ADD TO CART |
|---|---|---|
| **DVD** | **BLU-RAY** | **CD** |
| PRICE: **$13.95** | LIST PRICE: $29.98<br>PRICE: **$17.95**<br>YOU SAVE: $12.03 (40%) | LIST PRICE: $149.98<br>PRICE: **$124.95**<br>YOU SAVE: $25.03 (17%) |



Barbra: The Concert Live at the MGM Grand
Barbra Streisand

BACKORDER

**DVD**

PRICE: **$10.95**

1